GEORGE BATTO et al., Appellants, *v.* WESTMORELAND REALTY Co., INC., Respondent, Impleaded with Another.

(Argued October 14, 1931; decided November 17, 1931.)

*Stephen Callaghan* and *Selma M. Lobsenz* for appellants. *Harold L. Smith, William T. Gossett, E. Myron Bull* and *Andrew E. Stewart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.